No. 723. LAKE BRADY SPIRITUALIST CAMP ASSOCIATION *v.* DIX ET AL. Ct. App. Ohio, Portage County. Certiorari denied. *Eugene Gressman* for petitioner. *Maurice F. Hanning* for respondents.

No. 725. MOLINAS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Thomas R. Newman* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 727. STANKER & GALETTO, INC., ET AL. *v.* EARTH MOVERS, INC. Super. Ct. N. J. Certiorari denied. *Augustine A. Repetto* for petitioners. *M. Joseph Greenblatt* for respondent.

No. 728. FLEMING, DBA GREEN VALLEY FEED MILL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *J. R. Modrall* for petitioner. *Solicitor General Cox* for the United States.

No. 729. STEIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 730. CARROLL, TRUSTEE IN BANKRUPTCY *v.* HOLLIMAN. C. A. 10th Cir. Certiorari denied. *James R. Eagleton* for petitioner.

No. 739. COLGATE-PALMOLIVE CO. *v.* BRYAN, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *S. Hazard Gillespie, J. Roger Carroll* and *T. Richard Brown* for respondent.